AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rothstein, Barbara J. | Federal Judicial Center | 07/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Judicial Center<br>Washington, D.C. 20002 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 18 A 11: 36 FINANCIAL DISCLOSURE OFFICE

**Rothstein, Barbara J**

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Medical Faculty Associates, Wages |
| 2. 2008 | Self Employed Consultant Fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Southwestern Law School | January 18, 2008 | Los Angeles, CA | Symposium speaker | Transportation, Lodging |
| 2. | Ecole Nationale de la Magistrature | February 25-29, 2008 | Bordeaux, France | Speaker | Transportation, Lodging |
| 3. | National Judicial Institute | April 9, 2008 | Toronto, Canada | Speaker | Transportation, Lodging |
| 4 | University of Chicago Law School | May 5-6, 2008 | Chicago, IL | Speaker | Transportation, Lodging |
| 5 | Law Seminars International | May 8-9, 2008 | Seattle, WA | Speaker | Transportation, Lodging |
| 6. | American Law Institue-American Bar Assn | May 29-31, 2008 | Charleston, SC | Speaker | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

| | | | | |
|---|---|---|---|---|
| 7. World Justice Forum | July 2-5, 2008 | Vienna, Austria | Participant | Transportation, Lodging |
| 8. The Rutter Group | June 26-27, 2008 | Los Angeles, CA | Speaker | Transportation, Lodging, Meals |
| 9. ROLI Board Meeting | August 8, 2008 | New York, NY | Participant | Lodging, Taxi |
| 10 Fordham University | October 9-17, 2008 | Accra, Ghana | Speaker, Trainer | Transportation, Lodging, Passport/Vacci nations |
| 11 Brooklyn Law School | Novemer 13-14, 2008 | Brooklyn, NY | Speaker | Transportation, Meals, Taxis |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Amcol Common | A | Dividend | J | T | | | | | |
| 2. El Paso Corp. | A | Dividend | J | T | | | | | |
| 3. Equitable Resources Common | A | Dividend | K | T | | | | | |
| 4. Motorola Inc Common | A | Dividend | J | T | | | | | |
| 5. Oppenheimer Muni Bond Fd | A | Int./Div. | | | Sold | 06/05 | L | | |
| 6. Rochester Fund Muni's Cl.A | A | Int./Div. | | | Sold | 06/05 | L | | |
| 7. New York Muni Income | A | Int./Div. | J | T | | | | . | |
| 8. American Euro Pacific Growth Fnd C | A | Dividend | L | T | Buy | 04/17 | L | | |
| 9. | | | | | Buy (add'l) | 06/05 | L | | |
| 10. American New World Fnd C | A | Dividend | L | T | Buy | 03/26 | L | | |
| 11. | | | | | Buy (add'l) | 06/05 | L | | |
| 12. US Bancorp Account | A | Interest | J | T | | | | | |
| 13. Chevy Chase Bank Account | A | Interest | J | T | | | | | |
| 14. NA Properties Ltd Partnership | B | Rent | J | U | | | | | |
| 15. Rental House Redmond,WA (1999 $172,000) | E | Rent | M | R | | | | | |
| 16 New Horizon Capital III, LP | | None | K | T | | | | | |
| 17 America Movil Ads | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end of<br>reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>Month -<br>Day | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 Bank One Capital Trust VI | B | Interest | K | T | | | | | |
| 19. Elan Corp. Common | | None | J | T | | | | . | |
| 20. Emulex Corp. Common | | None | J | T | | | | | |
| 21. Microsoft Corp. Common | C | Dividend | M | T | | | | | |
| 22. 3M Company | B | Dividend | L | T | | | | | |
| 23. XCel Energy | A | Dividend | J | T | | | | | |
| 24. PPL Corp. | A | Dividend | J | T | | | | | |
| 25. Applera Corp. Common | A | Dividend | | | Merged<br>(with line 26) | 12/02 | K | | |
| 26. Life Technologies Corp | | None | J | T | | | | | |
| 27 Costco Wholesale Corp Common | A | Dividend | L | T | | | | | |
| 28. Pimco Corporate Income Fund | C | Dividend | | | Sold | 06/05 | K | | |
| 29. Putnam Managed High Yield Tr | B | Dividend | | | Sold | 04/17 | J | | |
| 30. Western Asset HI Inc. | B | Dividend | J | T | | | | | |
| 31. Starbucks Common | | None | L | T | | | | | |
| 32. Telefonos De Mexico Common | B | Dividend | L | T | | | | | |
| 33 Telmex International | A | Dividend | K | T | Spinoff<br>(from line 32) | 06/11 | K | | |
| 34. Pennzoil Co Bonds | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Nuveen Quality Preferred Income FD | A | Interest | J | T | | | | | |
| 36. Bancorpsouth Cap Tr. Preferred | A | Interest | K | T | | | | | |
| 37. 3Com Corp Common | | None | J | T | | | | | |
| 38. Home Depot Inc. Common | A | Dividend | K | T | | | | | |
| 39. General Electric Co. Common | C | Dividend | K | T | Buy (add'l) | 04/17 | K | | |
| 40. | | | | | Buy (add'l) | 10/27 | K | | |
| 41 Morgan Stanley Cap. Trust | B | Dividend | J | T | | | | | |
| 42. CHS Cooperatives Preferred | B | Dividend | K | T | | | | | |
| 43. CEPS Gov't&Agency Funds | A | Dividend | M | T | | | | | |
| 44. CMS Energy | A | Dividend | J | T | | | | | |
| 45. Pioneer Floating Rate Trust (PHD) | B | Dividend | J | T | | | | | |
| 46. Eaton Vance Enhanced Equity Income Fund | B | Dividend | J | T | | | | | |
| 47. Eaton Vance Enhanced Equity Income Fd II | E | Interest | M | T | | | | | |
| 48. RMR Preferred Dividend Fund | A | Dividend | J | T | | | | | |
| 49. Dreyfus Premier Greater China Fund | A | Dividend | K | T | | | | | |
| 50. Eaton Vance Greater China Fund Cl A | | None | K | T | | | | | |
| 51. Visa Inc | A | Dividend | L | T | Buy | 03/26 | L | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IBM | A | Dividend | L | T | Buy | 10/16 | L | | |
| 53. NJF Dividend Interest Premium Strategy Fund | C | Dividend | K | T | Buy | 06/05 | L | | |
| 54. Dell, Inc | | None | J | T | | | | | |
| 55. ETrade Money Market Funds | A | Interest | K | T | | | | | |
| 56. Cybersource Corp. Common | | None | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/15/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544